ORIGINAL

mariauntalanind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA UNTALAN,<br><br>Defendant. | CRIMINAL CASE NO. 07-00013<br><br>**INDICTMENT**<br><br>**THEFT OF GOVERNMENT PROPERTY**<br>[18 U.S.C. §§ 641 & 2] (Count I)<br>**ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**<br>[18 U.S.C. § 1382] (Counts II, III & IV) |

THE GRAND JURY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

Beginning on or about August 22, 2006, and continuing up to on or about September 1, 2006, in the District of Guam, the defendant, MARIA UNTALAN, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of approximately $4,641, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

On or about August 22, 2006, in the District of Guam, the defendant, MARIA UNTALAN, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a

1

purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, all in violation of Title18, United States Code, Section1382.

**COUNT III - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

On or about August 25, 2006, in the District of Guam, the defendant, MARIA UNTALAN, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, all in violation of Title18, United States Code, Section1382.

**COUNT IV - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

On or about September 1, 2006, in the District of Guam, the defendant, MARIA UNTALAN, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, all in violation of Title18, United States Code, Section 1382.

DATED this 24th day of January 2007.

A TRUE BILL.

/s/ Irene S. Mafnas
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: /s/ Jeffrey J. Strand
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-