**Place of Offense:**

City: Hagåtña

Country/Parish: ____

**Related Case Information:**

Superseding Indictment ____ Docket Number **07-00013**
Same Defendant ____ New Defendant __X__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: MARIA UNTALAN

Alias Name: ____

Address: ____
         Guam

Birthdate ____ SS# ____ Sex _F_ Race ____ Nationality ____

**U.S. Attorney Information:**

SAUSA: Ryan M. Anderson

Interpreter: _X_ No ___ Yes    List language and/or dialect: __

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 & 2 | Theft of Government Property | 1 |
| Set | | | |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2,3,4 |
| Set 4 | | | |

(May be continued on reverse)

Date: 1/18/07    Signature of AUSA: [signed] Ry M. Anderson

RECEIVED JAN 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM