AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

FILED
DISTRICT COURT OF GUAM
JAN 26 2007
GUAM
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

MARIA UNTALAN

Case Number: CR-07-00013-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | **Date and Time** |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, January 26, 2007 at 10:30 a.m. |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - Theft of Government Property, 18 U.S.C. §§ 641 and 2

COUNT II, III, and IV - Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382

RECEIVED
JAN 24 2007
US MARSHALS SERVICE-GUAM

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

January 24, 2007
Date

**ORIGINAL**

## RETURN OF SERVICE

| Service was made by me on:[1] | Date 1/25/07 |
|---|---|

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: ███████████ AGANA HIGHTS, GU

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  25 JAN 07
           Date

_J. Sal_ (signature)
Name of United States Marshal

_Carl T. Lable_ (signature)
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.