# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00013-001　　　　　　　　　DATE: January 26, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:56:12 - 11:13:54 |
| CSO: F. Tenorio | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Maria Untalan | Attorney: Joaquin C. Arriola, Jr. |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Maria Cruz | U.S. Marshal: D. Punzalan / V. Roman |
| Interpreter: | Language: |

---

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 23, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: