DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

**MARIA UNTALAN,**

                                    Defendant.

**CRIMINAL CASE NO. 07-00013-001**

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 24, 2007.

Dated this 26th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**