IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00013 |
| | ) | |
| Plaintiff. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| MARIA UNTALAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R.

Crim. P., and has entered a plea of guilty to Count I of an Indictment charging her with Theft of

Government Property, in violation of 18 U.S.C. § 641. After examining the defendant under

oath, I have determined that the defendant is fully competent and capable of entering an

informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that

the offense charged is supported by an independent basis in fact establishing each of the

///

///

///

///

///

///

1  essential elements of such offense.  I therefore recommend that the plea of guilty be accepted

2  and that the defendant be adjudged guilty and have sentence imposed accordingly.

3    IT IS SO RECOMMENDED.

4    DATED this 20th day of February 2007.



8       **/s/ Joaquin V.E. Manibusan, Jr.**
     **U.S. Magistrate Judge**

10         **NOTICE**

12  **Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**