UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** Grace D. Flores, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**     [ ] **Notice of Disposition**

FILED
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Date: | February 20, 2007 | Date: | |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | |

| | | | |
|---|---|---|---|
| Defendant: | UNTALAN, Maria | Case Number: | CRIMINAL #07-00013-001 |
| Date of Birth: | XX-XX-1957 | Place of Birth: | Agana Heights, Guam - USA |
| SSN: | XXX-XX-3308 | | |

**NOTICE OF COURT ORDER** (Order Date: **February 20, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  [ ] Not Convicted - PS40/Passport returned to defendant.
  [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  [ ] Convicted - PS40 and copy of Judgment enclosed.

ORIGINAL