IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIA UNTALAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00013 <br><br> **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging her with Theft of Government Property, in violation of 18 U.S.C. § 641, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on May 25, 2007, at 9:00 a.m.

IT IS SO ORDERED this 12th day of March 2007.



**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**