# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **MARIA UNTALAN**     Docket No.     **CR 07-00013-001**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW     GRACE D. FLORES     PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant     Maria Untalan     who was placed under pretrial release supervision by the     Joaquin V.E. Manibusan     sitting in the court at     Hagatna, Guam     on the     20th     date of     February    , 20    07    under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The has violated the following conditions: 18 U.S.C. §3142(c)(B)(xiv) and (c)(B)(ix)*

**Please see attached Declaration in Support of Petition.**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ___ and ordered filed and made a part of the records in the above case.

Respectfully,

/s/ GRACE D. FLORES
U.S. Pretrial Services Officer

Place:     Hagåtña, Guam

Date:     April 24, 2007