# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 07-00013-001 |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION IN SUPPORT** |
| vs. ) | **OF PETITION** |
| ) | |
| MARIA UNTALAN ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Re:  Violation Report; Request for Summons.**

      I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Maria Untalan, and in that capacity declare as follows:

      On January 26, 2007, Maria Untalan made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging her with Count I: Theft of Government Property, in violation of 18 U.S.C. §§641 and 2; and Count II, III, and IV: Entering Military, Naval, or Coast Guard Property, in violation of 18 U.S.C. §1382. Ms. Untalan was detained at the initial hearing. On February 20, 2007, she plead guilty to Count I of the Indictment and was granted pretrial release with conditions. Sentencing is scheduled for May 25, 2007. Ms. Untalan is alleged to have violated the following conditions of release:

**Special Condition:** *Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release (18 U.S.C. § 3142(c)(B)(xiv)).*

      On March 29, 2007, Ms. Untalan submitted a specimen which tested presumptively positive for the use of methamphetamine. However, Ms. Untalan provided an insufficient sample to be sent to the laboratory for confirmation testing and was unable to provide another sample.

      On April 9, 2007, Ms. Untalan submitted a specimen which tested presumptively positive for the use of methamphetamine. She was observed spilling a portion of her sample and making the sample insufficient to be sent to the laboratory for confirmation testing. The vendor instructed Ms. Untalan to report to the U.S. Probation Office on April 10, 2007 for a compliance meeting. She failed to report as instructed.

DECLARATION IN SUPPORT OF PETITION
Violation Report; Request for Summons
Re:    UNTALAN, Maria
USDC Cr. Cs. No. 07-00013-001
April 24, 2007
Page 2

**Special Condition:** *Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner (18 U.S.C. § 3142(c)(B)(ix)).*

On April 2, 2007, Ms. Untalan reported to the U.S. Probation Office for a compliance meeting regarding her insufficient sample on March 29, 2007. A drug test was taken and she tested presumptively positive for the use of methamphetamine. She denied use and the specimen was sent to Scientific Testing Laboratory for confirmation. On April 13, 2007, the specimen was confirmed positive for amphetamine and methamphetamine.

**Recommendation:** It is requested that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 24th day of April 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Ryan Anderson, SAUSA
       Joaquin Arriola Jr., Defense Attorney
       File