JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *MARIA UNTALAN*

FILED
DISTRICT COURT OF GUAM
MAY -1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **CR07-00013** |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S OBJECTIONS TO DRAFT PSR** |
| MARIA UNTALAN | ) | |
| Defendant. | ) | |

COMES NOW Defendant MARIA UNTALAN, through counsel, Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and submits the following Objections to the Draft Pre-Sentence Report (PSR):

1. Defendant objects to Paragraphs 38 through 50 of the PSR which outlines her criminal history. Defendant has been pardoned on one or more of the Guam felony convictions. Her criminal history based on these convictions is thus inaccurate.

2. Defendant objects to Paragraphs 50 through 62 of the PSR, which outlines her "pending cases" and "other criminal conduct." Many of the "pending cases" are time-barred and should be expunged. Many of the "records" of such cases are not available and thus the arrest or charge, even the identity of the Defendant, cannot be verified.

Dated at Hagatna, Guam: May 1, 2007.

**ARRIOLA, COWAN & ARRIOLA**
Counsel for Defendant *MARIA UNTALAN*

_____
JOAQUIN C. ARRIOLA, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, a copy of Defendant's Objections to Draft PSR was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

    OFFICE OF THE UNITED STATES ATTORNEY
    Criminal Division
    Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
    Hagåtña, Guam 96910

    CARLEEN BORJA
    United States Probation Office
    2nd Floor, U.S. Courthouse
    520 W. Soledad Avenue
    Hagatna, Guam 96910

Dated at Hagåtña, Guam: May 1, 2007.

        ARRIOLA, COWAN & ARRIOLA
        Counsel for Defendant *MARIA UNTALAN*

        _____
        JOAQUIN C. ARRIOLA, JR.