## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00013-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL DECLARATION IN** |
| vs. | ) | **SUPPORT OF PETITION** |
| | ) | |
| MARIA UNTALAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Maria Untalan, and in that capacity declare as follows:

On January 26, 2007, Maria Untalan made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging her with Count I: Theft of Government Property, in violation of 18 U.S.C. §§641 and 2; and Count II, III, and IV: Entering Military, Naval, or Coast Guard Property, in violation of 18 U.S.C. §1382. Ms. Untalan was detained at the initial hearing. On February 20, 2007, she plead guilty to Count I of the Indictment and was granted pretrial release with conditions. Sentencing is scheduled for May 25, 2007. Ms. Untalan is alleged to have violated the following condition of release.

**Special Condition:** *Submit to any method of testing required by the pretrial services officer for determining whether the defendant is using a prohibited substance (18 U.S.C. § 3142(c)(B)(xiv)).*

On April 30, 2007, Ms. Untalan reported to the U.S. Probation Office and a drug test was taken. This Officer explained to Ms. Untalan that the specimen in which she provided was suspect, and she was instructed to return to the probation office the following morning at 9:00 a.m. to provide another sample. She failed to report as instructed. At 10:14 a.m., she left a voice message indicating that her co-defendant, Arlene Bownds, was sick and she transported her to Naval Hospital. She stated that she would call again to inform this Officer when she would be available to report. She has not contacted this Officer to reschedule the appointment.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Re: UNTALAN, Maria
USDC Cr. Cs. No. 07-00013-001
May 9, 2007
Page 2

**Recommendation:** It is respectfully recommended that this information be considered as supplemental information to the violation report filed with the Court on April 24, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 9th day of May 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Ryan Anderson, SAUSA
Joaquin Arriola Jr., Defense Attorney
File