# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

**Maria Untalan**   CASE NUMBER: **CR-07-00013-001**

TYPE OF CASE:

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Friday, May 25, 2007 at 10:00 a.m.** | **Monday, June 18, 2007 at 9:45 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**May 17, 2007**   /s/ Leilani R. Toves Hernandez
DATE   (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
   Joaquin C. Arriola, Jr.
   U.S. Probation Office
   U.S. Marshals Service