PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: __MARIA UNTALAN__   Docket No. __CR 07-00013-001__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __GRACE D. FLORES__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Maria Untalan__ who was placed under pretrial release supervision by the __Joaquin V.E. Manibusan__ sitting in the court at __Hagatna, Guam__ on the __20th__ date of __February__, 20 __07__ under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The has violated the following conditions: 18 U.S.C. §3142(c)(B)(xiv) and (c)(B)(ix)*

**Please see attached Declaration in Support of Petition.**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this __25th__ day of __May__, 20 __07__ and ordered filed and made a part of the records in the above case.
A summons shall be issued for a hearing to be held on June 4, 2007, at 9:15 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Respectfully,

/s/ GRACE D. FLORES
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __April 24, 2007__