AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUN - 4 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| **MARIA UNTALAN** | Case Number: **CR-07-00013** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 3rd Floor, U.S. Courthouse <br> 520 West Soledad Avenue | **302** |
| | Date and Time |
| Before:  Honorable Joaquin V. E Manibusan, Jr. | **Monday, June 4, 2007 at 9:15 a.m.** |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3148**____

Brief description of offense:

SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE FILED SEPARATELY ON APRIL 24, 2007

RECEIVED
MAY 29 2007
US MARSHALS SERVICE-GUAM

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **May 25, 2007** | |
| Date | |

# RETURN OF SERVICE

**RECEIVED**

Service was made by me on:[1]   Date   JUN - 4 2007

US MARSHALS SERVICE-GUAM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

**RECEIVED**

Returned on   JUN - 4 2007
Date   US MARSHALS SERVICE-GUAM

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.