# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-07-00013     DATE: June 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos     Electronically Recorded: 9:29:50-9:41-01
CSO: D. Quinata

**APPEARANCES:**

Defendant: Maria Untalan     Attorney: Joaquin C. Arriola Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson     U.S. Agent:
U.S. Probation: Grace Flores     U.S. Marshal: V. Roman
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance Re: Petition to Revoke or Modify Pre-trial Release**
- Defendant denied the allegations.
- Defense counsel's oral motion to continue the matter was granted.
- The Court continued the matter for disposition before the Chief Judge to be held at time of sentencing on: June 18, 2007 at 9:45 a.m.
- Court released the defendant and admonished her to abide by her release conditions.

NOTES: