# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00013-001 |
| Plaintiff, | ) |
| vs. | ) **SECOND SUPPLEMENTAL DECLARATION** |
| | ) **IN SUPPORT OF PETITION** |
| MARIA UNTALAN, | ) |
| Defendant. | ) |

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Maria Untalan, and in that capacity declare as follows:

On January 26, 2007, Maria Untalan made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging her with Count I: Theft of Government Property, in violation of 18 U.S.C. §§641 and 2; and Count II, III, and IV: Entering Military, Naval, or Coast Guard Property, in violation of 18 U.S.C. §1382. Ms. Untalan was detained at the initial hearing. On February 20, 2007, she plead guilty to Count I of the Indictment and was granted pretrial release with conditions. Sentencing is scheduled for May 25, 2007. Ms. Untalan is alleged to have violated the following condition of release.

**Special Condition:** *Submit to any method of testing required by the pretrial services officer for determining whether the defendant is using a prohibited substance (18 U.S.C. § 3142(c)(B)(xiv)).*

Ms. Untalan failed to appear for her scheduled drug tests on May 29, and 30, 2007 and June 8, and 13, 2007. She additionally failed to report to the U.S. Probation Office for a compliance meeting.

**Recommendation:** It is respectfully recommended that this information be considered at the violation hearing and sentencing hearing scheduled for June 18, 2007 at 9:45 a.m.

SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Re:     UNTALAN, Maria
USDC Cr. Cs. No. 07-00013-001
June 15, 2007
Page 2


    I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

    Executed this 15th day of June 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

                                  Respectfully submitted,

                                  FRANK MICHAEL CRUZ
                                Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                                U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader

cc:    Ryan Anderson, SAUSA
       Joaquin Arriola Jr., Defense Attorney
       File