# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00013-001                                    DATE: June 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 9:06:20 - 9:24:05
CSO: L. Ogo

**APPEARANCES:**

Defendant: Maria Untalan                      Attorney: Joaquin C. Arriola, Jr.
    Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA

U.S. Attorney: Ryan Anderson                  U.S. Agent:
U.S. Probation: Carleen Borja / Grace Flores  U.S. Marshal: T. Muna / G. Perez
Interpreter:                                  Language:

**PROCEEDINGS: Evidentiary Hearing re Petition to Revoke or Modify Pretrial Release / Sentencing**

- Defendant admits to all the allegations.
- Court finds that the defendant did violate conditions of pretrial release.
- Revocation of pretrial release <u>granted</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Sentencing continued to: <u>July 3, 2007 at 10:30 a.m.</u>

NOTES: