# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-0013-001DATE: July 03, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. WalmsleyCourt Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves HernandezElectronically Recorded: 10:46:36 - 11:09:40
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Maria UntalanAttorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan AndersonU.S. Agent:
U.S. Probation: Carleen BorjaU.S. Marshal: D. Punzalan / V. Roman
Interpreter:Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>6 months. While in prison, the defendant shall have no contact with Arlene Bownds, either in person, phone, or in writing.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $3,276.99
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- The Court ordered that the defendant undergo a mental health assessment prior to her departure to the designated Bureau of Prisons.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

Government's oral Motion to Dismiss Counts II, III, and IV was granted.